# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2007

130252

PAMELA MACOR, Personal
Representative of the Estate of
Gary Macor, Deceased,
    Plaintiff-Appellee,

v

ROBERT F. KOWALSKI, M.D.,
    Defendant-Appellee,

and

McLAREN REGIONAL MEDICAL
CENTER,
    Defendant-Appellant,

and

MARTA Z. BONKOWSKI, M.D.,
    Defendant.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130252
COA: 264076
Genesee CC: 04-080340-NH

  On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2007 _____

11016              Clerk